AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

___CENTRAL___ District of ___ILLINOIS___

BRUCE PETERSON,

    Plaintiff,

v.

COUNTY OF MERCER, a local Governmental Unit of the State of Illinois and as Plan Administrator of the Mercer County Employee Health Plan and MERCER COUNTY HOSPITAL, a Local Governmental Unit of The State of Illinois,

    Defendants.

**APPEARANCE**

CASE NUMBER: 04-4032

SEP 2 7 2004

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for County of Mercer, Mercer County Hospital

I certify that I am admitted to practice in this court.

| | |
|---|---|
| Date: 5/28/04 | Signature: /s/ Gregory J. McHugh |
| | Print Name: Gregory J. McHugh |
| | Address: States Attorney Office, 100 S.E. First Street |
| | City/State/Zip: Aledo, IL 61231 |
| | Phone Number: (309) 582-5381 |
| | Fax Number: (309) 582-7334 |

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing instrument was served upon all parties to the above cause to each of the attorneys of record herein at their respective addresses disclosed on the pleadings on _____, 20___

By: [X] U.S. Mail  [ ] FAX  [ ] Hand Delivered  [ ] Overnight Courier  [ ] Certified Mail  [ ] Other

Signature: _____