E-FILED
Friday, 01 October, 2004  11:40:42 AM
Clerk, U.S. District Court, ILCD

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| BRUCE PETERSON | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 04-4032 |
| | ) | |
| COUNTY OF MERCER, A LOCAL | ) | Judge Michael M. Mihm |
| GOVERNMENTAL UNIT OF THE STATE | ) | Removed from the Circuit Court of |
| OF ILLINOIS AND AS PLAN | ) | Mercer County |
| ADMINISTRATOR OF THE MERCER | ) | |
| COUNTY EMPLOYEE HEALTH PLAN | ) | |
| And MERCER COUNTY HOSPITAL, | ) | |
| A LOCAL GOVERNMENTAL UNIT OF | ) | |
| THE STATE OF ILLINOIS | ) | |
| | ) | |
| Defendants. | ) | |

**MOTION TO WITHDRAW AND SUBSTITUTE
APPEARANCE OF COUNSEL**

NOW COMES defendant, Mercer County, by and through its attorneys Julie Bruch and Bridget Neuson, and moves that this Honorable Court grant Bridget Neuson leave to withdraw her appearance on behalf of Mercer County, and grant Jane May leave to file her appearance. In support of this motion, the defendant states as follows:

1. Mercer County is represented in this litigation by counsel employed by the firm of O'Halloran, Kosoff, Geitner & Cook, P.C.

2. Bridget Neuson has recently resigned her employment with O'Halloran, Kosoff, Geitner & Cook, P.C., and therefore, asks that this court grant her leave to withdraw her appearance on behalf of Mercer County.

3. Jane May, an attorney employed by O'Halloran, Kosoff, Geitner & Cook, P.C., asks, on behalf of Mercer County, that this court grant her leave to file her appearance.

WHEREFORE, defendant, Mercer County, moves that this Honorable Court grant Bridget Neuson leave to withdraw, and grant Jane May leave to file her appearance on its behalf.

        s/ Bridget Neuson
Bridget Neuson Attorney Bar Number: 6225728
Attorney for Defendant-Mercer County
Law Offices of Bridget A. Neuson, Ltd.
1701 East Lake Avenue
Suite 410
Glenview, Illinois 60025
Telephone: (847) 724-6811
Fax: (847) 724-6831
E-mail: Bridget@NeusonLaw.com

s/ Jane May
Jane May Bar Number:  6207760
Attorney for Defendant-Mercer County
O'Halloran, Kosoff, Geitner & Cook, P.C.
650 Dundee Road, Suite 475
Northbrook, Illinois 60062
Telephone: (847)291-0200
Fax: (847) 291-9230
E-mail:  jmay@okgc.com

Julie Bruch, Esq.
Jane M. May, Esq.
O'Halloran, Kosoff, Geitner & Cook, P.C.
650 Dundee Road, Suite 475
Northbrook, Illinois 60062
Telephone: (847) 291-0200
Fax: (847) 291-9230

I hereby certify that on October 1, 2004, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Douglas G. Olson
McGehee, Olson, Pepping, Balk & Payson, Ltd.
105-7th Street
Silvis, Illinois 61282
Telephone: (309) 755-5096
Fax: (309) 755-1499

Bridget A. Neuson
Law Offices of Bridget A. Neuson, Ltd.
1701 East Lake Avenue
Suite 410
Glenview, Illinois 60025
Telephone: (847) 724-6811
Fax: (847) 724-6831
E-mail: Bridget@NeusonLaw.com

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

Gregory J. McHugh
State's Attorney
Mercer County Courthouse
100 S.E. Third Street
Aledo, Illinois 61231

                                                  s/ Jane May
                                                  Jane May Bar Number:  6207760
                                                  Attorney for Defendant-Mercer County
                                                  O'Halloran, Kosoff, Geitner & Cook, P.C.
                                                  650 Dundee Road, Suite 475
                                                  Northbrook, Illinois 60062
                                                  Telephone: (847)291-0200
                                                  Fax: (847) 291-9230
                                                  E-mail:  jmay@okgc.com