E-FILED
Tuesday, 12 October, 2004  01:38:15 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| BRUCE PETERSON | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 04-4032 |
| | ) | |
| COUNTY OF MERCER, A LOCAL | ) | Judge Michael M. Mihm |
| GOVERNMENTAL UNIT OF THE STATE | ) | Removed from the Circuit Court of |
| OF ILLINOIS AND AS PLAN | ) | Mercer County |
| ADMINISTRATOR OF THE MERCER | ) | |
| COUNTY EMPLOYEE HEALTH PLAN | ) | |
| And MERCER COUNTY HOSPITAL, | ) | |
| A LOCAL GOVERNMENTAL UNIT OF | ) | |
| THE STATE OF ILLINOIS | ) | |
| | ) | |
| Defendants. | ) | |

**MOTION FOR ENLARGEMENT OF TIME IN WHICH
TO FILE RESPONSIVE PLEADINGS**

NOW COMES the defendant, Mercer County, by and through its attorneys, Jane M. May and Gregory J. McHugh, and the defendant Mercer County Hospital, by and through its attorney, Gregory J. McHugh and in support of their Motion for and Enlargement of Time in Which to File Responsive Pleadings to the Plaintiff's Complaint, state as follows:

1. Plaintiff has filed a Complaint asserting claims pursuant to the Public Health Service Act as well as state law claims relating to an alleged employment contract.

2. Jane May, counsel for Mercer County, recently appeared on behalf of the County. Gregory J. McHugh recently filed his appearance on behalf of County of Mercer and Mercer County Hospital.

3. The defendants are seeking an enlargement of time in which to file their responsive pleadings to the plaintiff's Complaint, to and including November 2, 2004.

4. Gregory McHugh is currently engaged in a criminal trial, and Jane May is preparing an appellee's brief in the matter of *Flowers v. Columbia College Chicago*, No. 04-

2899, which is pending in the Seventh Circuit, and due to be filed on October 14, 2004. Moreover, counsel for Mercer County and counsel for Mercer County Hospital require additional time to obtain the information necessary to formulate an accurate and substantive response to all of the allegations of the Complaint.

5. Jane May has telephoned plaintiff's counsel to determine whether he has any objection to this motion, but he was not available prior to the filing of this motion.

WHEREFORE, the defendants, Mercer County and Mercer County Hospital respectfully request that this Honorable Court grant them an enlargement of time to and including November 2, 2004 in which to file their responsive pleadings to plaintiff's complaint.

        s/ Jane May
        Jane May Bar Number: 6207760
        Attorney for Defendant-Mercer County
        O'Halloran, Kosoff, Geitner & Cook, P.C.
        650 Dundee Road, Suite 475
        Northbrook, Illinois 60062
        Telephone: (847)291-0200
        Fax: (847) 291-9230
        E-mail: jmay@okgc.com

        s/Gregory J. McHugh
        Attorney for Defendant-Mercer County & Mercer County Hospital
        State's Attorney
        Mercer County Courthouse
        100 S.E. Third Street
        Aledo, Illinois 61231
        Telephone: (309) 582-7334

| | |
|---|---|
| Julie Bruch, Esq. | Gregory J. McHugh, Esq. |
| Jane M. May, Esq. | State's Attorney |
| O'Halloran, Kosoff, Geitner & Cook, P.C. | Mercer County Courthouse |
| 650 Dundee Road, Suite 475 | 100 S.E. Third Street |
| Northbrook, Illinois 60062 | Aledo, Illinois 61231 |
| Telephone: (847) 291-0200 | Telephone: (309) 582-5381 |
| Fax: (847) 291-9230 | Fax: (309) 582-7334 |

I hereby certify that on **October 12, 2004**, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

Douglas G. Olson
McGehee, Olson, Pepping, Balk & Payson, Ltd.
105-7th Street
Silvis, Illinois 61282
Telephone: (309) 755-5096
Fax: (309) 755-1499

        s/ Jane May
        Jane May Bar Number:  6207760
        Attorney for Defendant-Mercer County
        O'Halloran, Kosoff, Geitner & Cook, P.C.
        650 Dundee Road, Suite 475
        Northbrook, Illinois 60062
        Telephone: (847)291-0200
        Fax: (847) 291-9230
        E-mail:  jmay@okgc.com

        s/Gregory J. McHugh
        Gregory J. McHugh
        Attorney for Defendant-Mercer County & Mercer County Hospital
        State's Attorney
        Mercer County Courthouse
        100 S.E. Third Street
        Aledo, Illinois 61231