E-FILED
Monday, 01 November, 2004  02:56:12 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| BRUCE PETERSON | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.:  04-4032 |
| | ) | |
| COUNTY OF MERCER, A LOCAL | ) | Judge Michael M. Mihm |
| GOVERNMENTAL UNIT OF THE STATE | ) | Removed from the Circuit Court of |
| OF ILLINOIS AND AS PLAN | ) | Mercer County |
| ADMINISTRATOR OF THE MERCER | ) | |
| COUNTY EMPLOYEE HEALTH PLAN | ) | |
| And MERCER COUNTY HOSPITAL, | ) | |
| A LOCAL GOVERNMENTAL UNIT OF | ) | |
| THE STATE OF ILLINOIS | ) | |
| | ) | |
| Defendants. | ) | |

**MERCER COUNTY'S MOTION TO STRIKE PLAINTIFF'S
CLAIMS FOR ATTORNEY'S FEES AND CERTAIN DAMAGES**

NOW COMES the defendant, Mercer County, by and through its attorneys, Jane May and Julie Bruch, and for its Motion to Strike plaintiff's claim for attorney's fees and certain monetary damages in Count I of the complaint pursuant to Fed.R.Civ.P. 12(f), states as follows:

1. Count I of plaintiff's complaint seeks relief pursuant to the Public Health Service Act, 42 U.S.C. Section 300bb *et seq.*  (Complaint, par. 16-28)

2. Plaintiff's prayer for relief under Count I seeks the recovery of attorney's fees as well as "judgment in an amount not to exceed $50,000."  (Complaint, p. 5)

3. Monetary damages (other than out-of-pocket expenses) and attorneys fees are not recoverable under the remedial provision of the Public Health Service Act.  42 U.S.C. Section 300bb-7.  Therefore, Mercer County moves to strike those portions of plaintiff's prayer for relief under Count I, which seek recovery for attorney's fees and monetary damages, other than out-of-pocket losses.

WHEREFORE, the defendant, Mercer County, for the reasons stated in this Motion and the reasons set forth in its accompanying memorandum, moves that this Honorable Court strike plaintiff's claim for attorney's fees and any claim for monetary damages other than out-of-pocket expenses.

    s/ Jane May
Jane May Bar Number: 6207760
Attorney for Defendant-Mercer County
O'Halloran, Kosoff, Geitner & Cook, P.C.
650 Dundee Road, Suite 475
Northbrook, Illinois 60062
Telephone: (847)291-0200
Fax: (847) 291-9230
E-mail: jmay@okgc.com

Julie Bruch, Esq.
Jane M. May, Esq.
O'Halloran, Kosoff, Geitner & Cook, P.C.
650 Dundee Road, Suite 475
Northbrook, Illinois 60062
Telephone: (847) 291-0200
Fax: (847) 291-9230

I hereby certify that on November 1, 2004, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Douglas G. Olson
McGehee, Olson, Pepping, Balk & Payson, Ltd.
105-7th Street
Silvis, Illinois 61282
Telephone: (309) 755-5096
Fax: (309) 755-1499

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

Gregory J. McHugh
State's Attorney
Mercer County Courthouse
100 S.E. Third Street
Aledo, Illinois 61231

                                            s/ Jane May
                                            Jane May Bar Number: 6207760
                                            Attorney for Defendant-Mercer County
                                            O'Halloran, Kosoff, Geitner & Cook, P.C.
                                            650 Dundee Road, Suite 475
                                            Northbrook, Illinois 60062
                                            Telephone: (847)291-0200
                                            Fax: (847) 291-9230
                                            E-mail: jmay@okgc.com

Julie Bruch, Esq.
Jane M. May, Esq.
O'Halloran, Kosoff, Geitner & Cook, P.C.
650 Dundee Road, Suite 475
Northbrook, Illinois 60062
Telephone: (847) 291-0200
Fax: (847) 291-9230