E-FILED
Monday, 01 November, 2004  05:14:06 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATED DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

BRUCE PETERSON )
)
)
Plaintiff, )
)
v )  Case No. 04-4032
)
COUNTY OF MERCER, A LOCAL )
GOVERNMENTAL UNIT OF THE STATE )
OF ILLINOIS AND AS PLAN )
ADMINISTRATOR OF THE MERCER )
COUNTY EMPLOYEE HEALTH PLAN )
And MERCER COUNTY HOSPITAL, )
A LOCAL GOVERNMENTAL UNIT OF )
THE STATE OF ILLINOIS )
)
Defendants. )

NOV 1 2004

## ANSWER TO COMPLAINT

NOW COMES Defendant Mercer County Hospital, by and through its attorney, Mercer County State's Attorney, Gregory J. McHugh and in answer to Plaintiff's Complaint, states as follows:

Paragraphs 1 -28. Mercer County Hospital adopts and re-alleges all responses and motions of Defendant County of Mercer to paragraphs 1-28 except as to paragraph 10 which Mercer County Hospital admits.

## COUNT II

29. At the time of Plaintiff's hire, Defendant, Mercer County Hospital maintained and distributed to employees, including Plaintiff, an employee Handbook titled: Mercer County Hospital Personnel Policies ("Handbook") attached hereto as Exhibit _____.

29. **ANSWER:** Admits the Mercer County Hospital did distribute a Handbook but denies the 1984 Handbook attached applies to Plaintiff because:

   a) Plaintiff agreed in 1991 that he was an employee at will subject to termination at any time for any reason (10/16/91 one (1) page agreement with reference to a 1991 Handbook attached as Exhibit 1 hereto.)

   b) Defendant Hospital in 1991 had an updated Handbook which was in effect on 10/16/91, not the 1984 Handbook (1991 pages 1 - 2 of manual attached as Exhibit 2 hereto.) Plaintiff remained an employee at will and accepted this Handbook per his agreement at Exhibit 1

    c)     Defendant Hospital had a further updated Handbook in effect after 2000 when Plaintiff was terminated (2000 pages 1 - 3 of Handbook as Exhibit 3 hereto) Plaintiff remained an employee at will.

    d)     Defendant Hospital had no contract with the Plaintiff and he accepted his salary as an administrator/employee at will per his agreement and the Handbooks guidelines.

    e)     Alternatively, Plaintiff held himself out to other employees as an administrator not bound by the Handbook.

30.     The Handbook contained clear and concise promises to Plaintiff and was supported by good and valuable consideration.

30.     **ANSWER**: Admits the Handbook contained guides to Hospital policy but denies the allegations of promises or consideration.

31.     **ANSWER:** No allegation made.

32.     The Handbook constituted a contract between Plaintiff and the Defendants.

32.     **ANSWER:** Denies the Handbook was a contract as Plaintiff, by express agreement and any applicable Handbook was an employee at will. Plaintiff admitted at his last Hospital Board meeting of 10/09/02 that he was an employee at will without a contract.

33. The Handbook provided inter alia:

    a) for sick leave as set forth in Article VI (B) a page 10,
    b) termination for cause as set forth in Article IV b page 7,
    c) two week notice prior to termination as set forth in Article IV b page 7; and
    d) grievance procedures including appeal under the Illinois Administrative Review Act;

33.     **ANSWER**: Admits the 1984, 1991 and 2000 Handbook had provisions for employee benefits with a grievance procedure that Plaintiff failed to exhaust.

34.     At the time of Plaintiff's termination, Plaintiff had a sick leave accrual in the amount of 365.37 hours.

34.     **ANSWER:** Denies any right of a terminated at will employee to accrued sick pay as stated on page 10 of Plaintiff's Handbook Exhibit. In further answer the amount claimed exceeds the amount

allowed in the Handbook. Finally, Plaintiff ought to be barred from any recovery as he advised Hospital employees he was not bound by the Handbook limitations and he could accrue any amount he desired.

35. Defendant breached the aforesaid contractual provisions by:
   a) refusing to pay the sick leave accrual due Plaintiff due upon his termination;
   b) failing to provide Plaintiff with two weeks notice prior to his termination; and
   c) wrongfully terminated Plaintiff without cause.

35. **ANSWER:** Denies as Plaintiff was an employee at will who admitted he had no contract. Alternatively if the Handbook did apply the defendant did comply with the applicable provisions because Plaintiff was barred from sick time upon termination. Plaintiff never used the grievance procedure. Further, Plaintiff, while employed, claimed that as Administrator, the Handbook did not apply to him. Finally, he was terminated by the Hospital Board which had causes but did not need them for an employee at will and he failed to exhaust his administrative remedies.

36. By reason of the aforesaid breach of contract, Plaintiff has been damaged in excess of $40,000.

36. **ANSWER:** Plaintiff as terminated employee at will is entitled to what he received, i.e. 84 vacation hours, 8 personal hours and 24 regular hours and nothing else. Plaintiff is owed -0- dollars.

Wherefore, Defendant, Mercer County Hospital, denies that Plaintiff is entitled to any judgment whatsoever. Further, Plaintiff is subject to Rule 11 sanctions for unreasonable allegations: a) an inapplicable Handbook, which if it did apply denies sick pay to terminated employees; and b) that he had a contract when he was an admitted employee at will without any claimed contract.

_____
Gregory J. McHugh, State's Attorney

Gregory J. McHugh
Mercer County State's Attorney
Mercer County Courthouse
Aledo, Illinois 61231

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing instrument was served upon all parties to the above cause to each of the attorneys of record herein at their respective addresses disclosed on the pleadings on _____, 20____

By: ☒ U.S. Mail    ☐ FAX
    ☐ Hand Delivered    ☐ Overnight Courier
    ☐ Certified Mail    ☐ Other: _____

Signature _____

# MERCER COUNTY HOSPITAL

Congratulations on your new job with Mercer County Hospital. We hope you will enjoy working with us.

This handbook was designed as an information guide to the current policies and procedures of Mercer County Hospital. It is not, and it is not intended to be, a contract.

The employment relationship between an individual and Mercer County Hospital is at-will; this means that employment may be terminated at any time, by any party, for any reason.

Information on Personnel Policies describes our history, benefits, facilities, safety, and job guidelines. Please read through the information and keep this information in a convenient place for future reference.

Please complete this form and return it to your Supervisor.

I have received my Personnel Policy Guidelines and have read it. I will comply with the guidelines contained in it. I understand I can ask my immediate supervisor or Personnel Supervisor any questions I might have about the information in these guidelines.

_____   10/16/91
Your Signature                          Date

_____   10/16/91
Personnel Supervisor                    Date

Congratulations!

Revised 9/1991



1

# MERCER COUNTY HOSPITAL
# PERSONNEL POLICIES

500002

## Table of Contents

|  | Page |
|---|---|
| I. Welcome | 2 |
| II. General Information | 3 |
|     History | 3 |
|     Organizational Structure | 3 |
| III. Personnel Policies |  |
|     Statement of Non-Discrimination | 3 |
|     Personal Appearance | 4 |
|     Personal Conduct | 4 |
|         Hospital Ethics | 4a |
|         Telephone Calls | 4b |
|         Smoking | 4c |
|         Drug | 5d |
|         Gratuities | 5e |
|         Solicitation | 5f |
|         Visiting Patients | 5g |
|         Checks | 5h |
|         Hospital Equipment | 5i |
|         Work Area | 5j |
|         Mail | 5k |
|         Awards | 5l |
|         Personnel Changes | 6m |
|         Meal Periods | 6n |
|         Rest Periods | 6o |
| IV. Employment Policies |  |
|     Definition | 7a |
|     Recruitment | 7b |
|     Orientation Program | 7c |
|     Probationary Period | 7d |
|     Performance Evaluation | 8e |
|     Transfer and Promotions | 8f |
|     Leave of Absence | 8g |
|     Layoff | 8h |
|     Recall | 9i |
|     Disciplinary Action and Dismissals | 9j |
|     Resignation | 10k |
|     Grievances | 10l |
| V. Compensation |  |
|     Salaries | 11a |
|     Overtime | 11b |
|     Call | 11c |
|     Shift Differential | 11d |
|     Jury Duty | 12f |
|     Time Cards | 12g |
|     Pay Checks | 12h |



EXHIBIT 2-A

# MERCER COUNTY HOSPITAL
# PERSONNEL POLICIES
## Table of Contents (cont.).

500003

|  | Page |
|---|---|
| **VI. Fringe Benefits** | |
| Vacations | 13a |
| Sick Leave | 14b |
| Funeral Leave | 15c |
| Holidays | 15d |
| Personal Day | 15e |
| Hospital Insurance | 15f |
| Retirement | 16g |
| Workman's Compensation | 17h |
| **VII. Safety** | |
| Fire Drills | 17a |
| Disaster & Tornado Drills | 17b |
| Safety Meetings | 17c |
| **VIII. Employee Services** | |
| Bulletin Board | 17a |
| Credit Union | 18b |
| Lockers | 18c |
| Employment Physicals | 18d |
| Pharmacy | 18e |
| Inservice | 18f |
| Conference Days | 18g |
| Uniforms | 19h |
| Deferred Compensation and Life Insurance | 19i |

2-B

400002

# MERCER COUNTY HOSPITAL
Aledo, Illinois   61231

# EMPLOYEE HANDBOOK

## EMPLOYMENT AT WILL
Employment at Mercer County Hospital is at will, meaning that employment may be terminated by Mercer County Hospital or the employee at any time. Nothing in this Employee Handbook or the policies is intended to be, nor should be construed as altering the employment at will relationship.

## HANDBOOK REVISIONS
Mercer County Hospital retains the right and sole discretion to modify, revoke, suspend, terminate, or change the Employee Handbook or any provision in the Handbook, in whole or in part, at any time, for any reason, with or without prior notice.

## HUMAN RESOURCES EMPLOYMENT POLICIES
This Employee Handbook is not intended to be, nor should it be construed as a complete listing of all current employment policies with/ at Mercer County Hospital. Specific policies may be found in the "Human Resources Policy Manual" and Departmental Policy Manuals located in each Department/ Unit.

2


EXHIBIT 3-A

6/2000

# MERCER COUNTY HOSPITAL

400001

Congratulations on your employment with Mercer County Hospital! We hope that you will enjoy working with us.

This Employee Handbook has been designed as an information guide to employment with our organization. It is not, nor is it intended to be a contract for employment.

The employment relationship between an individual and Mercer County Hospital is "at will", this means that employment may be terminated at any time, by either party, for any reason.

This Handbook includes, but is not limited to, information regarding our history, compensation, benefits, facilities, safety and employment guidelines. Please read through this information thoroughly and keep this Handbook in a convenient place for future reference.

After reviewing the Employee Handbook, please complete and sign this form and return the original to Human Resources, keeping the copy for your records.

Again, Congratulations and Welcome!

I have received my Employee Handbook and have read it completely. I understand the content and will comply with the guidelines contained therein. I understand that should I have any questions regarding these guidelines, I may ask my supervisor or the Director of Human Resources for clarification.

_____        _____
**Employee Signature**                   Date


_____        _____
**Human Resources Director**             Date


3-B

# MERCER COUNTY HOSPITAL
Aledo, Illinois 61231
## Employee Handbook
### *TABLE OF CONTENTS*

400003

| | |
|---|---|
| Welcome | 4 |
| Mercer County Hospital Historical Timeline | 5 |
| Facts Regarding Mercer County Hospital | 6 |
| Organizational Structure | 6-7 |
| **MISSION, PHILOSOPHY and VALUES** | |
| Mission Statement | 8 |
| Values/ Ethics | 8 |
| Hospitality | 9 |
| **GENERAL EMPLOYEE INFORMATION** | |
| Orientation | 10 |
| Employee Communications | 10 |
| Emergency Procedures | 10 |
| Bulletin Boards | 11 |
| Signage | 11 |
| Electronic Communications | 11 |
| Confidentiality | 11 |
| Employee Lockers | 12 |
| Gifts, Gratuities, and Contributions | 12 |
| Membership In Professional Organizations | 12 |
| Education, Training and Development | 12 |
| Conflict of Interest | 13 |
| Solicitation and Distribution | 13 |
| Credit Union | 13 |
| Employee Identification | 14 |
| Personal Appearance | 14 |
| Tobacco- Free Environment | 14 |
| Drug/ Alcohol- Free Environment | 14 |
| Violence In the Workplace | 14 |
| Concealed Weapons in the Workplace | 15 |
| Employee Parking | 15 |
| Work Schedules | 15 |
| Meal Break Period | 15 |
| Work Break Period | 15 |
| Telephones | 15 |
| Safety and Incidents | 16 |
| Environmental Concerns and Supply Economy | 16 |
| Garnishments. Tax Liens, and Bankruptcy | 16 |
| Safe Driving Practices While On Duty | 17 |
| Sexual Harassment | 18-19 |
| **EMPLOYMENT INFORMATION** | |
| Labor Statement | 20 |
| Equal Employment Opportunity | 20 |
| **EMPLOYMENT INFORMATION** | |
| Available Positions Posting Program | 20 |
| Re- Hired Employees | 21 |
| Employment of Relatives | 21 |
| Criminal Background Check | 21 |
| Professional Licensure/ Certification | 21 |
| Introductory Period | 22 |
| Performance Planning/ Appraisal | 22 |
| Employment Status | 22 |
| Change of Employment Status | 23 |
| Fitness For Duty | 23 |
| Employee Rights/ Moral Conflicts | 24 |
| Reasonable Accommodation | 24 |
| Fair Treatment | 25 |
| Employment History/ Personnel File | 25 |
| Corrective Action Process | 26-27 |
| Resignation | 27 |
| **WAGE/ SALARY INFORMATION** | |
| Compensation | 28 |
| Pay Days | 28 |
| Direct Deposit | 28 |
| Recording of Time Worked | 28 |
| Hours Worked | 29 |
| Differential Pay (Shift & Other) | 29 |
| Daylight Savings Time | 29 |
| On- Call Pay | 30 |
| **BENEFITS** | |
| Vacation | 31 |
| Sick Leave | 32 |
| Personal Day | 32 |
| Holidays | 33 |
| Bereavement (Funeral) Leave | 33 |
| Jury Duty | 33 |
| Healthcare Insurance | 34 |
| Prescription Medication Plan | 34 |
| Flexible Spending Account | 34 |
| Life Insurance | 35 |
| Disability Insurance | 35 |
| Retirement Program | 36 |
| Family- Medical Leave | 36 |
| **ADDITIONAL EMPLOYEE SERVICES** | |
| Locker Facilities | 37 |
| Pharmacy Service | 37 |

3-C