**E-FILED**
Friday, 05 November, 2004  01:09:37 PM
Clerk, U.S. District Court, ILCD

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| BRUCE PETERSON | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.:  04-4032 |
| | ) | |
| COUNTY OF MERCER, A LOCAL | ) | Judge Michael M. Mihm |
| GOVERNMENTAL UNIT OF THE STATE | ) | Removed from the Circuit Court of |
| OF ILLINOIS AND AS PLAN | ) | Mercer County |
| ADMINISTRATOR OF THE MERCER | ) | |
| COUNTY EMPLOYEE HEALTH PLAN | ) | |
| And MERCER COUNTY HOSPITAL, | ) | |
| A LOCAL GOVERNMENTAL UNIT OF | ) | |
| THE STATE OF ILLINOIS | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION FOR LEAVE TO FILE ADDITIONAL
## APPEARANCE ON BEHALF OF MERCER COUNTY HOSPITAL

NOW COMES defendant, Mercer County Hospital, and moves that this Honorable court grant Jane May leave to file her additional appearance on behalf of Mercer County Hospital.  In support of this motion, defendant states as follows:

1.      Jane May has already entered her appearance on behalf of Mercer County.

2.      Mercer County Hospital has requested that she enter her appearance on its behalf, and moves that this Honorable Court grant Jane May leave to file her appearance on its behalf.

WHEREFORE,  defendant, Mercer County Hospital respectfully requests that this Honorable Court grant Jane May leave to file her appearance on its behalf.

Respectfully submitted:

s/ Jane May
Jane May Bar Number:  6207760
Attorney for Defendant-Mercer County
O'Halloran, Kosoff, Geitner & Cook, P.C.
650 Dundee Road, Suite 475
Northbrook, Illinois 60062
Telephone: (847)291-0200
Fax: (847) 291-9230
E-mail:  jmay@okgc.com

Jane M. May
Julie Bruch
O'Halloran, Kosoff, Geitner & Cook, P.C.
650 Dundee Road
Suite 475
Northbrook, Illinois 60062
Telephone: (847) 290-0200
Fax: (847) 291-9230

**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| BRUCE PETERSON | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 04-4032 |
| | ) | |
| COUNTY OF MERCER, et. al., | ) | Judge Michael M. Mihm |
| | ) | Removed from the Circuit Court of |
| Defendants. | ) | Mercer County |

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on November 5, 2004, I electronically filed the foregoing Motion for Leave to File Additional Appearance on Behalf of Mercer County Hospital with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Douglas G. Olson
McGehee, Olson, Pepping, Balk & Payson, Ltd.
105-7th Street
Silvis, Illinois 61282
Telephone: (309) 755-5096
Fax: (309) 755-1499

And I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

Gregory J. McHugh
State's Attorney
Mercer County Courthouse
100 S.E. Third Street
Aledo, Illinois 61231

s/ Jane May
Jane May Bar Number: 6207760
Attorney for Defendant-Mercer County
O'Halloran, Kosoff, Geitner & Cook, P.C.
650 Dundee Road, Suite 475
Northbrook, Illinois 60062
Telephone: (847) 291-0200
Fax: (847) 291-9230
E-mail: jmay@okgc.com