E-FILED
Friday, 12 November, 2004  10:41:39 AM
Clerk, U.S. District Court, ILCD

AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

Central _____ DISTRICT OF _____ Illinois

BRUCE PETERSON,

              Plaintiff,

v.

COUNTY OF MERCER, A Local Governmental Unit of the State of Illinois and as Plan Administrator of the Mercer County Employee Helath Plan and MERCER COUNTY HOSPITAL, A Local Governmental Unit of the State of Illinois,

              Defendants.

**APPEARANCE**

Case Number: 04-4032

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

MERCER COUNTY HOSPITAL

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 11/5/2004 | s/Jane M. May |
| Date | Signature |
| | Jane M. May — 6207760 |
| | Print Name — Bar Number |
| | 650 Dundee Road, Suite 475 |
| | Address |
| | Northbrook, IL 60062 |
| | City — State — Zip Code |
| | (847) 291-0200 — (847) 291-9230 |
| | Phone Number — Fax Number |

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| BRUCE PETERSON | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 04-4032 |
| | ) | |
| COUNTY OF MERCER, et. al., | ) | Judge Michael M. Mihm |
| | ) | Removed from the Circuit Court of |
| Defendants. | ) | Mercer County |

## CERTIFICATE OF SERVICE

I hereby certify that on November 5, 2004, I electronically filed the foregoing Appearance on Behalf of Mercer County Hospital with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Douglas G. Olson
McGehee, Olson, Pepping, Balk & Payson, Ltd.
105-7th Street
Silvis, Illinois 61282
Telephone: (309) 755-5096
Fax: (309) 755-1499

And I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

Gregory J. McHugh
State's Attorney
Mercer County Courthouse
100 S.E. Third Street
Aledo, Illinois 61231

s/ Jane May
Jane May Bar Number: 6207760
Attorney for Defendant-Mercer County
O'Halloran, Kosoff, Geitner & Cook, P.C.
650 Dundee Road, Suite 475
Northbrook, Illinois 60062
Telephone: (847) 291-0200
Fax: (847) 291-9230
E-mail: jmay@okgc.com