**E-FILED**
Friday, 12 November, 2004  10:52:42 AM
Clerk, U.S. District Court, ILCD

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| BRUCE PETERSON | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 04-4032 |
| | ) | |
| COUNTY OF MERCER, A LOCAL | ) | Judge Michael M. Mihm |
| GOVERNMENTAL UNIT OF THE STATE | ) | Removed from the Circuit Court of |
| OF ILLINOIS AND AS PLAN | ) | Mercer County |
| ADMINISTRATOR OF THE MERCER | ) | |
| COUNTY EMPLOYEE HEALTH PLAN | ) | |
| And MERCER COUNTY HOSPITAL, | ) | |
| A LOCAL GOVERNMENTAL UNIT OF | ) | |
| THE STATE OF ILLINOIS | ) | |
| | ) | |
| Defendants. | ) | |

### JOINT DISCOVERY PLAN

NOW COME the parties, Plaintiff, Bruce Peterson, by and through his attorney, Douglas G. Olson, and Defendants, County of Mercer and Mercer County Hospital, by and through their attorneys, Jane M. May and Gregory McHugh, and for their Joint Discovery Plan, propose:

1.    Initial disclosures pursuant to Fed.R.Civ.P. 26(a)(1) shall be made by December 17, 2004

2.    Written fact discovery shall be completed by March 17, 2005.

3.    Oral fact discovery shall be completed by June 17, 2005.

4.    Plaintiff shall identify his testifying expert(s) and provide reports by June 30, 2005.

5.    Defendants shall identify testifying expert(s) and provide reports by August 30, 2005.

6.    All discovery shall be completed by September 30, 2005.

7.      Dispositive motions are due by October 30, 2005.

8.      No motions to join parties or amend pleadings shall be filed after May 1, 2005.

9.      The final pretrial conference is scheduled for _____ at _____.m. before

U.S. District Judge _____.

10.     Trial is scheduled for _____ at _____ a.m.

Respectfully submitted:

s/ Jane May
Jane May Bar Number:  6207760
Attorney for Defendant-Mercer County and Mercer
County Hospital
O'Halloran, Kosoff, Geitner & Cook, P.C.
650 Dundee Road, Suite 475
Northbrook, Illinois 60062
Telephone: (847)291-0200
Fax: (847) 291-9230
E-mail:  jmay@okgc.com

s/ Gregory McHugh
Attorney for Defendant-Mercer County and Mercer
County Hospital
State's Attorney
Mercer County Courthouse
100 S.E. Third Street
Aledo, Illinois 61231
Telephone (309) 582-5381
Fax: (309) 582-7334

s/ Douglas G. Olson
Attorney for Plaintiff
McGehee, Olson, Pepping, Balk & Payson, Ltd.
105-7th Street
Silvis, Illinois 61282
Telephone: (309) 755-5096
(Fax) (309) 755-0499
Email: d.olson7@mchsi.com

I  hereby certify that on November 12, 2004, I electronically filed the foregoing, Joint

Discovery Plan, with the Clerk of the Court using the CM/ECF system which will send

notification of such filing to the following:

Douglas G. Olson
McGehee, Olson, Pepping, Balk & Payson, Ltd.
105-7th Street
Silvis, Illinois 61282
Telephone: (309) 755-5096
Fax: (309) 755-1499


and I hereby certify that I have mailed by United States Postal Service the document to the
following non CM/ECF participants:

Gregory J. McHugh
State's Attorney
Mercer County Courthouse
100 S.E. Third Street
Aledo, Illinois 61231

                                    s/ Jane May
                                    Jane May Bar Number:  6207760
                                    Attorney for Defendant-Mercer County and Mercer County
                                    Hospital
                                    O'Halloran, Kosoff, Geitner & Cook, P.C.
                                    650 Dundee Road, Suite 475
                                    Northbrook, Illinois 60062
                                    Telephone: (847)291-0200
                                    Fax: (847) 291-9230
                                    E-mail:  jmay@okgc.com