E-FILED
Wednesday, 18 January, 2006  02:25:07 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| BRUCE PETERSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO: 04 CV 4032 |
| ) | |
| COUNTY OF MERCER, A LOCAL ) | |
| GOVERNMENTAL UNIT OF THE STATE) | |
| OF ILLINOIS AND AS PLAN ) | |
| ADMINISTRATOR OF THE MERCER ) | |
| COUNTY EMPLOYEE HEALTH PLAN ) | |
| AND MERCER COUNTY HOSPITAL, ) | |
| A LOCAL GOVERNMENTAL ) | |
| UNIT OF THE STATE OF ILLINOIS ) | |
| ) | |
| Defendants. ) | |

## STIPULATED MOTION TO DISMISS

Now comes the plaintiff, Bruce Peterson., by and through his attorney, Douglas G. Olson, and the defendant by its attorney, Jane M. May, hereby motion the Court to dismiss the above entitled cause with prejudice and in support thereof state that the parties have reached a settlement agreement in this matter.

s/ Douglas G. Olson
Attorney for Plaintiff

s/ Jane M. May
Attorney for Defendant

Douglas G. Olson
McGehee, Olson, Pepping & Balk, Ltd.
105 - 7th Street
Silvis, Illinois  61282
Telephone: 3098/755-5096
Fax: 309/755-0499